PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leroy Rodgers                               Cr.: 99-00758-001

Name of Sentencing Judicial Officer: John C. Lifland

Date of Original Sentence: 12/14/00

Original Offense: Distribution of Cocaine

Original Sentence: Imprisonment 97 months followed by a 5- year- term of Supervised Release.

Type of Supervision: Supervised Release            Date Supervision Commenced: 01/06/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 27, 2007, the offender tested positive for cocaine use on an instant hand held device. He admitted to using cocaine on February 22, 2007. He failed to report to code a phone (the random urine monitoring program) on February 15, 2007 and February 23, 2007 and missed a counseling session at Integrity on February 21, 2007. |

U.S. Probation Officer Action:
The offender was reprimanded for his noncompliance. His out-patient treatment was increased to individual and group counseling in an effort to address the noncompliance.

Respectfully submitted,
By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 05/29/07

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

No action

_____
Signature of Judicial Officer

5/12/08
Date